# UNITED STATES DISTRICT COURT
for the
Western District of Texas El Paso Division

**FILED**
May 22, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: Erika Gonzalez
DEPUTY

United States of America
v.
Hilario VIGIL-Gonzalez

Case No. **EP-25-M-2521-RFC**

## SECOND AMENDED
## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __5/14/2025__ in the county of __El Paso__ in the __Western__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. 1326 | being an alien to the United States, enter, attempt to enter, or was found in the United States after having been previously excluded, deported, or removed from the United States without receiving permission to reapply for admission to the United States from the Attorney General of the United States and the Secretary of Homeland Security, the successor pursuant to Title 6, United States Code, Sections 202(3), 202(4), and 557 |

This criminal complaint is based on these facts:

The DEFENDANT, Hilario VIGIL-Gonzalez, an alien to the United States and a citizen of Honduras was found approximately 4 miles east of Bridge of the Americas Port of Entry in El Paso, Texas in the Western District of Texas. From statements made by the DEFENDANT to the arresting agent, the DEFENDANT was determined to be a native and citizen of Honduras, without immigration documents allowing him to be or remain in the United States legally. The DEFENDANT has been previously removed from the United States to Honduras on June 14, 2023 through Laredo, Tx. The DEFENDANT has not previously received the expressed consent from the Attorney General of the United States or the Secretary of Homeland Security to reapply for admission into the United States.

_Complainant's signature_

Alejandro Portillo    Border Patrol Agent
_Printed name and title_

**Complaint sworn to telephonically on** __May 22, 2025__ **at** __09:02 AM__ **and signed electronically. FED.R.CRIM.P. 4.1(b)(2)(A)**

Sworn to before me and signed in my presence.

Date: __May 22, 2025__

_Judge's signature_

City and state: __El Paso, Texas__

Robrt F. Castaneda    U.S. Magistrate Judge
_Printed name and title_

CONTINUATION OF CRIMINAL COMPLAINT

WESTERN DISTRICT OF TEXAS

Hilario VIGIL-Gonzalez

PEPT# PEPT250501670

05/19/2025

FACTS    (CONTINUED)

Because this affidavit is being submitted for the limited purpose of establishing probable cause as set forth herein, I have not included each and every fact known to me concerning this investigation.

Immigration History:
The DEFENDANT has been removed 1 time(s), the last one being to HONDURAS on June 14, 2023, through LAREDO, TX

Criminal History:
NONE